UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAELSON DEROSIERS,

                Plaintiff,        22-cv-8827 (JGK)

    - against -              ORDER

TRANSPORT LAM INC., ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 3, 2022.

SO ORDERED.
Dated:    New York, New York
          October 19, 2022

                                        _____
                                        John G. Koeltl
                                  United States District Judge