UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――
MICHAELSON DEROSIERS,

                Plaintiff,

    - against -

TRANSPORT LAM INC., ET AL.,

                Defendants.
―――――――――――――――――――――――――――――

22-cv-8827 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for **February 22, 2023** is canceled.

SO ORDERED.

Dated:    New York, New York
           November 1, 2022

                                        _____
                                          John G. Koeltl
                                   United States District Judge