```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MICHAELSON DEROSIERS,

                                             Plaintiff,

       -against-

TRANSPORT LAM, INC., et al.,

                                           Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**22-CV-8827 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Tuesday, March 7, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **February 28, 2023 by 5:00 p.m.**

      **SO ORDERED.**

Dated: November 28, 2022
       New York, New York

                                                 */s/ Katharine H. Parker*
                                               _____
                                               KATHARINE H. PARKER
                                               United States Magistrate Judge