USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAELSON DEROSIERS,

                            Plaintiff,                      **ORDER**

        -against-                               22-CV-8827 (JGK)

TRANSPORT LAM, INC., et al.,
                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to the undersigned for general pretrial management and for settlement purposes. That parties are directed to file a letter with the Court indicating their interest in, and availability for, a settlement conference before the undersigned by **Friday, February 23, 2024.**

      SO ORDERED.

Dated: February 5, 2024
       New York, New York

                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge