UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAELSON DEROSIERS,

        Plaintiff,

- against -

TRANSPORT LAM INC., ET AL.,

        Defendants.

22-cv-8827 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the parties to submit dispositive motions or, in the alternative, a proposed joint pre-trial order and any motions in limine was June 28, 2024. ECF Nos. 28 and 31. To date, no such filings have been made. The time for the parties to submit such filings is extended to **July 15, 2024**. The parties should be ready for trial on **August 15, 2024**.

SO ORDERED.

Dated:    New York, New York
            July 2, 2024

                                                            John G. Koeltl
                                              United States District Judge